**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:  TUNCANG GROUP INC.　　　　　　§　Case No. 2:17-bk-13503 SK
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/22/2017. The undersigned trustee was appointed on 03/22/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　$　　291,690.34

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 243.33 |
| Bank service fees | 3,011.24 |
| Other payments to creditors | 9,510.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　$ | 278,925.77 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/10/2017 and the deadline for filing governmental claims was 09/18/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,834.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $17,834.52, for a total compensation of $17,834.52[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $186.26 for total expenses of $186.26[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2019    By: /s/ Howard M. Ehrenberg
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 1

| Case No.: | 2:17-bk-13503 SK | Trustee Name: | (001420) Howard M. Ehrenberg |
|---|---|---|---|
| Case Name: | TUNCANG GROUP INC. | Date Filed (f) or Converted (c): | 03/22/2017 (f) |
| | | § 341(a) Meeting Date: | 05/02/2017 |
| For Period Ending: | 04/16/2019 | Claims Bar Date: | 07/10/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account<br>bank account balance | 5,850.04 | 5,850.04 | | 14,155.34 | FA |
| 2 | Accounts receivable<br>no value to the estate | 132,880.40 | 0.00 | | 0.00 | FA |
| 3 | Accounts receivable<br>over 90 days | 368,731.53 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable<br>over 90 days | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Ground support equipment<br>sold<br>see asset #9 | 55,431.00 | 0.00 | | 0.00 | FA |
| 6 | Office furniture and equipment<br>sold<br>see asset #9 | 27,488.00 | 0.00 | | 0.00 | FA |
| 7 | 2015 Cadillac Escalade<br>sold<br>see asset #9 | 48,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2014 Jeep Wrangler<br>sold<br>see asset #9 | 23,000.00 | 0.00 | | 0.00 | FA |
| 9 | Aircraft M-9-235<br>EOD 9/11/17 [Doc 71]<br>sale of automobiles, airplane, and the debtor's personal property located in California including a/r totaling $29,405. | 249,662.40 | 249,662.40 | | 125,000.00 | FA |
| 10 | Leasehold improvement<br>EOD 9/11/17 order approving stipulation<br>lease was assumed and assigned to purchaser of assets | 5,900.00 | 0.00 | | 0.00 | FA |
| 11 | Covenant not to compete<br>no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 12 | Lease rights<br>no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 13 | Organizational costs<br>no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 14 | Start up costs<br>no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 15 | Goodwill<br>no value to the estate | Unknown | 0.00 | | 0.00 | FA |
| 16 | Federal NOL<br>no value to the estate | 254,469.00 | 0.00 | | 0.00 | FA |
| 17 | State NOL<br>no value to the estate | 237,754.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.:   2:17-bk-13503 SK
Case Name:  TUNCANG GROUP INC.
For Period Ending:   04/16/2019

Trustee Name:   (001420) Howard M. Ehrenberg
Date Filed (f) or Converted (c):   03/22/2017 (f)
§ 341(a) Meeting Date:   05/02/2017
Claims Bar Date:   07/10/2017

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Tie down rent (u) collected | 0.00 | 0.00 | | 2,535.00 | FA |
| 19 | Two airplanes MXT-7-180 and Accelerated Account (u) EOD 12/19/17 [Doc 86] Motion to Sell Property of the Estate Free and Clear of Liens under Section 363 Georgia Airplanes and the purported receivable due the Debtor from Accelerated Flight Training Center Adversary complaint for turnover filed 4/12/18 case no. 2:18-ap-01098 | 0.00 | 0.00 | | 150,000.00 | FA |
| 19 | **Assets Totals (Excluding unknown values)** | **$1,409,366.37** | **$255,512.44** | | **$291,690.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Tax returns filed with the taxing agencies.  Applications for fees filed with the court.  Court costs received.  No objection to claims needed.  (2/1/19)

The sale of the California assets was consummated.  The Georgia airplanes and the purported receivable due the Debtor from Accelerated Flight Training Center was sold for $150,000.00.  A complaint for turnover was filed.  That sale has also been consummated.  The trustee reviewed the records for any potential fraudulent or preferential transfer but none were found.  There maybe a residual value in the remaining accounts receivable and if an offer is received, a motion to sell will be filed.  Otherwise, this case is ready for closing.  Trustee will employ accountants and file the necessary estate tax returns.  (6/30/18)

This debtor operated a business which offered general aviation terminal services and aircraft storage out of a located in Long Beach.  Counsel was employed to assist the trustee in reviewing the financial affairs and the contracts and leases related to the business.  After further investigation, the assets of the debtor were determined to be automobiles, airplanes, accounts receivable and the lease with The City of Long Beach.  Ultimately, with the cooperation of the City of Long Beach and the secured creditors, a motion for sale of certain of the estate's assets was filed with the Court on June 2, 2017.  The proposed price is $125,000 with a sale date of August 2, 2017.  Claims bar date has been set. No accountant is needed at this time. The ETFR date is December 31, 2018. (6/30/17)

EOD 5/3/17 approving employment of SulmeyerKupetz
EOD 9/4/18 approving employment of Menchaca & Company LLP

**Initial Projected Date Of Final Report (TFR):**   12/31/2018     **Current Projected Date Of Final Report (TFR):**   02/01/2019 (Actual)

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:17-bk-13503 SK | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| Case Name: | TUNCANG GROUP INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3727 | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/16/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/17 | {18} | Arnold D. Cicerone & Associates, Inc. | tie down rent | 1222-000 | 100.00 | | 100.00 |
| 05/05/17 | {18} | Khavarian Enterprises, Inc. | tie down rent | 1222-000 | 135.00 | | 235.00 |
| 05/10/17 | {18} | Sky Creation, Inc. | tie down rent | 1222-000 | 1,100.00 | | 1,335.00 |
| 05/16/17 | {18} | The Pilot Shop | tie down rent | 1222-000 | 1,200.00 | | 2,535.00 |
| 05/26/17 | {1} | Tuncang Group | turnover of funds-chase bank | 1129-000 | 14,155.34 | | 16,690.34 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,680.34 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.99 | 16,656.35 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.15 | 16,633.20 |
| 08/08/17 | {18} | Candace A Larned Enterprises Inc. | tie down rent | 1222-000 | 3,150.00 | | 19,783.20 |
| 08/10/17 | 101 {18} | Pacific Jet Center, LLC | funds deposited in error | 1222-000 | -3,150.00 | | 16,633.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.07 | 16,606.13 |
| 09/26/17 | | Elite Aircraft Title & Escrow, LLC | EOD 9/11/17 order approving sale | | 115,490.00 | | 132,096.13 |
| | {9} | | sale of aircraft and other assets $125,000.00 | 1129-000 | | | 132,096.13 |
| | | Chino Aviation | Lien -$9,510.00 | 4220-000 | | | 132,096.13 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 132,056.44 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.60 | 131,853.84 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.65 | 131,664.19 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.06 | 131,481.13 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.02 | 131,273.11 |
| 02/01/18 | 102 | International Sureties, LTD. | bond premium | 2300-000 | | 58.79 | 131,214.32 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.16 | 131,038.16 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.47 | 130,849.69 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.93 | 130,667.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.75 | 130,461.01 |
| | | | **Page Subtotals:** | | **$132,180.34** | **$1,719.33** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:17-bk-13503 SK | | Trustee Name: | Howard M. Ehrenberg (001420) |
|---|---|---|---|---|
| Case Name: | TUNCANG GROUP INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3727 | | Account #: | ******9966 Checking Account |
| For Period Ending: | 04/16/2019 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.39 | 130,279.62 |
| 07/19/18 | {19} | Elite Aircraft Title & Escrow, LLC | EOD 12/19/17 sale price | 1229-000 | 150,000.00 | | 280,279.62 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.18 | 279,993.44 |
| 08/13/18 | 103 | International Sureties, LTD. | bond premium | 2300-000 | | 20.43 | 279,973.01 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 416.13 | 279,556.88 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 214.45 | 279,342.43 |
| 10/18/18 | 104 | International Sureties, LTD. | bond premium | 2300-000 | | 1.22 | 279,341.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 252.55 | 279,088.66 |
| 02/01/19 | 105 | International Sureties, LTD. | bond premium | 2300-000 | | 162.89 | 278,925.77 |
| | | **COLUMN TOTALS** | | | **282,180.34** | **3,254.57** | **$278,925.77** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **282,180.34** | **3,254.57** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$282,180.34** | **$3,254.57** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-13503 SK | **Trustee Name:** | Howard M. Ehrenberg (001420) |
| **Case Name:** | TUNCANG GROUP INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3727 | **Account #:** | ******9966 Checking Account |
| **For Period Ending:** | 04/16/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9966 Checking Account | $282,180.34 | $3,254.57 | $278,925.77 |
| | **$282,180.34** | **$3,254.57** | **$278,925.77** |

UST Form 101-7-TFR (5/1/2011)

# Central District of California
# Claims Register

## 2:17-bk-13503-SK Tuncang Group Inc.

**Judge:** Sandra R. Klein            **Chapter:** 7
**Office:** Los Angeles               **Last Date to file claims:** 07/10/2017
**Trustee:** Howard M Ehrenberg (TR)  **Last Date to file (Govt):** 09/18/2017

| Creditor: (37751593) FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Claim No: 1 Original Filed Date: 04/20/2017 Original Entered Date: 04/20/2017 | Status: Filed by: CR Entered by: Rebecca Estonilo Modified: |
|---|---|---|

| Amount | claimed: | $800.00 |
| Priority | claimed: | $800.00 |

*$829.00 amount due on tax return filed*

**History:**
| Details | 1-1 | 04/20/2017 | Claim #1 filed by FRANCHISE TAX BOARD, Amount claimed: $800.00 (Estonilo, Rebecca) |

**Description:** (1-1) Claim Filed   *2017 tax admin. claim.*
**Remarks:**

| Creditor: (37813339) Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 | Claim No: 2 Original Filed Date: 05/19/2017 Original Entered Date: 05/19/2017 | Status: Filed by: CR Entered by: Andria M Rodriguez Modified: |
|---|---|---|

| Amount | claimed: | $547.96 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $547.96 |

*507(a)(8)*

**History:**
| Details | 2-1 | 05/19/2017 | Claim #2 filed by Employment Development Department, Amount claimed: $547.96 (Rodriguez, Andria) |

**Description:** (2-1) Claim Filed
**Remarks:** (2-1) Remarks Added

| Creditor: (37836586) Southern California Edison 1551 W San Bernardino Rd Covina CA 91722 | Claim No: 3 Original Filed Date: 05/26/2017 Original Entered Date: 05/31/2017 | Status: Filed by: CR Entered by: Olivia Ventura Modified: |
|---|---|---|

| Amount | claimed: | $246.10 |

*gen unsecured*

**History:**
| Details | 3-1 | 05/26/2017 | Claim #3 filed by Southern California Edison, Amount claimed: $246.10 (Ventura, Olivia) |

**Description:** (3-1) Electrical Utility Services
**Remarks:**

| Creditor: (37846553)<br>David Parsons<br>James I Stang<br>C/O Pachulski Stang et al<br>10100 Santa Monica Blvd #1300<br>Los Angeles, CA 90067 | Claim No: 4<br>Original Filed Date: 06/05/2017<br>Original Entered Date: 06/05/2017<br>Last Amendment Filed: 04/15/2019<br>Last Amendment Entered: 04/15/2019 | Status:<br>Filed by: CR<br>Entered by: James Stang<br>Modified: |
|---|---|---|
| Amount claimed: $889959.47 ✓ | | gen. unsecured |

History:
| Details | | 4-1 | 06/05/2017 | Claim #4 filed by David Parsons, Amount claimed: $952459.47 (Stang, James) |
| Details | | 4-2 | 09/27/2017 | Amended Claim #4 filed by David Parsons, Amount claimed: $889959.47 (Stang, James) |
| Details | | 4-3 | 04/15/2019 | Amended Claim #4 filed by David Parsons, Amount claimed: $889959.47 (Stang, James) |

Description: (4-1) Balance due under "Asset Purchase Agreement" dated 1/27/2015
(4-2) Balance due under "Asset Purchase Agreement" dated 1/27/2015
(4-3) Balance due under Asset Purchase Agreement dated 1/27/2015.

Remarks:

| Creditor: (37846552)<br>Keith W Furlong<br>James I Stang<br>C/O Pachulski Stang et al<br>10100 Santa Monica Blvd #1300<br>Los Angeles, CA 90067 | Claim No: 5<br>Original Filed Date: 06/05/2017<br>Original Entered Date: 06/05/2017<br>Last Amendment Filed: 04/15/2019<br>Last Amendment Entered: 04/15/2019 | Status:<br>Filed by: CR<br>Entered by: James Stang<br>Modified: |
|---|---|---|
| Amount claimed: $889959.47 ✓ | | gen. unsecured |

History:
| Details | | 5-1 | 06/05/2017 | Claim #5 filed by Keith W Furlong, Amount claimed: $952459.47 (Stang, James) |
| Details | | 5-2 | 09/27/2017 | Amended Claim #5 filed by Keith W Furlong, Amount claimed: $889959.47 (Stang, James) |
| Details | | 5-3 | 04/15/2019 | Amended Claim #5 filed by Keith W Furlong, Amount claimed: $889959.47 (Stang, James) |

Description: (5-1) Balance due under "Asset Purchase Agreement" dated 1/27/2015
(5-2) Balance due under "Asset Purchase Agreement" dated 1/27/2015
(5-3) Balance due under Asset Purchase Agreement dated 1/27/2015.

Remarks:

| Creditor: (37688016)<br>Olen Commercial Realty Corp.<br>Seven Corporate Plaza<br>Newport Beach, CA 92660 | Claim No: 6<br>Original Filed Date: 07/06/2017<br>Original Entered Date: 07/06/2017 | Status:<br>Filed by: CR<br>Entered by: Leslie F Vandale<br>Modified: |
|---|---|---|
| Amount claimed: $159592.50 ✓ | | gen. unsecured |

History:
| Details | | 6-1 | 07/06/2017 | Claim #6 filed by Olen Commercial Realty Corp., Amount claimed: $159592.50 (Vandale, Leslie) |

Description: (6-1) Rent under unexpired commercial lease (11 USC 502(b)(6))   post petition

Remarks:

## Central District of California
## Claims Register

### 2:17-bk-13503-SK Tuncang Group Inc.

| | |
|---|---|
| Judge: Sandra R. Klein | Chapter: 7 |
| Office: Los Angeles | Last Date to file claims: 07/10/2017 |
| Trustee: Howard M Ehrenberg (TR) | Last Date to file (Govt): 09/18/2017 |

| Creditor: (37688008)<br>City of Long Beach<br>4100 E. Donald Douglas Drive<br>Long Beach, CA 90808 | Claim No: 7<br>Original Filed<br>Date: 07/10/2017<br>Original Entered<br>Date: 07/10/2017 | Status:<br>Filed by: CR<br>Entered by: Corey R Weber<br>Modified: |
|---|---|---|
| Amount claimed: $98957.14 | | [Doc 70]<br>*claim paid pursuant to stipulation approved* |

History:
| Details | | 7-1 | 07/10/2017 | Claim #7 filed by City of Long Beach, Amount claimed: $98957.14 (Weber, Corey) |

Description: (7-1) See Attached re amounts owed pursuant to 11 U.S.C. §365. Attorneys fees and costs, lease payments and late fees continue to accrue. The City will provide documentation upon request.

Remarks:

| Creditor: (37974794)<br>California Department of Tax and Fee Admin 7/1/17<br>Successor to Board of Equalization<br>Special Ops MIC :55<br>PO Box 942879<br>Sacramento CA 94279-0055 | Claim No: 8<br>Original Filed<br>Date: 08/01/2017<br>Original Entered<br>Date: 08/03/2017 | Status:<br>Filed by: CR<br>Entered by: Sarah Cowan<br>Modified: |
|---|---|---|
| Amount claimed: $17898.09 | 507(a)(8) $14,215.38 | |

History:
| Details | | 8-1 | 08/01/2017 | Claim #8 filed by California Department of Tax and Fee Admin 7/1/17, Amount claimed: $17898.09 (Cowan, Sarah) *Penalty portion $3682.71* |

Description:

Remarks:

| Creditor: (38322716)<br>FRANCHISE TAX BOARD<br>(ADMINISTRATIVE)<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim No: 9<br>Original Filed<br>Date: 02/08/2018<br>Original Entered<br>Date: 02/08/2018<br>Last Amendment<br>Filed: 01/22/2019<br>Last Amendment<br>Entered: 01/22/2019 | Status:<br>Filed by: CR<br>Entered by: Bee Xiong<br>Modified: |
|---|---|---|
| $1629.28 | *admin tax* | |

History:
| Details | | 9-1 | 02/08/2018 | Claim #9 filed by FRANCHISE TAX BOARD, Admin claimed: $800.00 (Xiong, Bee) |
| Details | | 9-2 | 01/22/2019 | Amended Claim #9 filed by FRANCHISE TAX BOARD, Admin claimed: (Xiong, Bee) |

Description: (9-2) Claim Filed 2018/2019

Remarks:

| Creditor: (39225823)<br>INTERNAL REVENUE SERVICE<br>300 N. Los Angeles Street<br>M/S 5022<br>Los Angeles, CA 90012 | Claim No: 10<br>Original Filed<br>Date: 12/19/2018<br>Original Entered<br>Date: 12/19/2018 | Status:<br>Filed by: CR<br>Entered by: Timothy C Schakow<br>Modified: |
|---|---|---|

| Amount | claimed: | $10373.76 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $10279.77 |

*handwritten:* $10,279.77  507(a)(8)
*handwritten:* $93.99 penalty portion

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 12/19/2018 | Claim #10 filed by INTERNAL REVENUE SERVICE, Amount claimed: $10373.76 (Schakow, Timothy) |

| Description: |
|---|
| Remarks: |

## Claims Register Summary

**Case Name:** Tuncang Group Inc.
**Case Number:** 2:17-bk-13503-SK
**Chapter:** 7
**Date Filed:** 03/22/2017
**Total Number Of Claims:** 4

| Total Amount Claimed* | $128858.27 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $11909.05 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/01/2019 13:18:57 | | | |
| PACER Login: | su0705:3386696:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 2:17-bk-13503-SK Claim Number From: 7 Claim Number To: 10 Filed or Entered From: 1/25/2010 Filed or Entered To: 2/1/2019 |
| Billable Pages: | 1 | Cost: | 0.10 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 2:17-bk-13503 SK
Case Name: TUNCANG GROUP INC.
Trustee Name: Howard M. Ehrenberg

**Balance on hand:**    $    278,925.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    278,925.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Howard M. Ehrenberg | 17,834.52 | 0.00 | 17,834.52 |
| Attorney for Trustee Fees - SulmeyerKupetz | 90,706.00 | 0.00 | 90,706.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - Howard M. Ehrenberg | 186.26 | 0.00 | 186.26 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 829.00 | 0.00 | 829.00 |
| Other Chapter 7 Administrative Expenses - FRANCHISE TAX BOARD | 1,628.28 | 0.00 | 1,628.28 |
| Attorney for Trustee, Expenses - SulmeyerKupetz | 1,219.96 | 0.00 | 1,219.96 |
| Accountant for Trustee Fees (Other Firm) - Menchaca & Company LLP | 8,457.00 | 0.00 | 8,457.00 |
| Accountant for Trustee Expenses (Other Firm) - Menchaca & Company LLP | 18.45 | 0.00 | 18.45 |

Total to be paid for chapter 7 administrative expenses:    $    121,229.47
Remaining balance:    $    157,696.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 157,696.30 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,043.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Employment Development Department | 547.96 | 0.00 | 547.96 |
| 8 | California Department of Tax and Fee Admininistration | 14,215.38 | 0.00 | 14,215.38 |
| 10 | Department of the Treasury | 10,279.77 | 0.00 | 10,279.77 |

|  | Total to be paid for priority claims: | $ | 25,043.11 |
|---|---|---|---|
|  | Remaining balance: | $ | 132,653.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,939,757.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Southern California Edison | 246.10 | 0.00 | 16.83 |
| 4 | David Parsons | 889,959.47 | 0.00 | 60,861.20 |
| 5 | Keith W Furlong | 889,959.47 | 0.00 | 60,861.20 |
| 6 | Olen Commercial Realty Corp. | 159,592.50 | 0.00 | 10,913.96 |
| 7 | City of Long Beach | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 132,653.19 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $3,776.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | California Department of Tax and Fee Admininistration | 3,682.71 | 0.00 | 0.00 |
| 10 | Department of the Treasury | 93.99 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**